[NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 01-2494

THOMAS J. LYNES,

Petitioner, Appellant,

v.

TIMOTHY HALL,

Respondent, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Rya W. Zobel, U.S. District Judge]

Before

Boudin, Chief Judge,
Selya and Lipez, Circuit Judges.

Thomas J. Lynes on brief pro se.
Thomas F. Reilly, Attorney General and Linda A. Wagner,
Assistant Attorney General, Criminal Bureau, on brief for appellee.

October 22, 2002

**Per Curiam**.    Pro se petitioner Thomas Lynes appeals a district court order that dismissed his 28 U.S.C. § 2254 petition.   Having thoroughly reviewed the record and the parties' briefs on appeal, we agree that the Massachusetts Appeals Court's decision was neither "contrary to" nor an "unreasonable application" of Boykin v. Alabama, 395 U.S. 238 (1969), and its progeny.   Accordingly, the judgment of the district court is affirmed.   See Local Rule 27(c).